UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIKE JOHANNS, in his official capacity as Secretary, U.S. Department of Agriculture; *et al.*, <br><br> Defendants. | Civil No. 1:07-cv-01311JR <br><br> PLAINTIFF'S <br> PROOF OF SERVICE |

I, Abigail Dillen, hereby certify that on July 30, 2007 I caused to be served a summons and copy of the complaint in this action by placing same in a U.S. mailbox, with first-class, certified, return receipt requested, postage prepaid, addressed to each of the following:

Alberto R. Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC  20530-0001

Mike Johanns, Secretary of Agriculture
US Department of Agriculture
1400 Independence Ave, SW
Washington, DC  20250

James M Andrew, Administrator
Rural Utilities Program
US Department of Agriculture
1400 Independence Ave, SW  Stop 1510
Washington, DC  20250-1510

Richard Fristik
Rural Utilities Service
1400 Independence Ave, SW
Washington, DC  20250

Jeffrey A Taylor, US Attorney
United States Attorneys Office
555 4th Street, NW
Washington, DC 20530

Receipts indicating that each of the defendants has received the summons and complaint have been returned to me. Attached hereto are the sender's receipts and return receipts for the certified mailings addressed to Alberto R. Gonzales [#7006 0810 0006 2839 3746], Mike Johanns [#7006 0810 0006 2839 3708], James M. Andrew [#7006 0810 0006 2839 3715], Richard Fristik [#7006 0810 0006 2839 3722] and Jeffrey A. Taylor [#7006 0810 0006 2839 3739].

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on August 30, 2007.

Douglas L. Honnold (D.C. Bar # 468323)
Abigail M. Dillen
Earthjustice
209 South Willson Avenue
Bozeman, MT 59715
(406) 586-9699
Fax: (406) 596-9695
dhonnold@earthjustice.org
adillen@earthjustice.org

Stephen E. Roady (D.C. Bar # 926477)
Earthjustice
1625 Massachusetts Avenue, N.W.
Washington, D.C. 20036
202-667-4500 Telephone
Fax: 202-667-2356
sroady@earthjustice.org

*Counsel for Appellants*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Alberto Gonzales, US DOJ
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave., NW
City, State, ZIP+4 Washington, DC 20530-0001

PS Form 3800, June 2002    See Reverse for Instructions

7006 0810 0006 2839 3746

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales
US Department of Justice
950 Pennsylvania Ave, NW
Washington, DC
20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
AUG 0 6 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7006 0810 0006 2839 3746

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Article Number: 7006 0810 0006 2839 3708

Postmark: USPS Bozeman, MT

Sent To: Mike Johanns, USDA
Street, Apt. No.; or PO Box No.: 1400 Independence Ave, SW
City, State, ZIP+4: Washington, DC 20250

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mike Johanns, Secretary of Agriculture
   USDA
   1400 Independence Ave, SW
   Washington, DC
   20250

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Kwame Lake
C. Date of Delivery: 8/6/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0006 2839 3708

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — BOZEMAN MT

7006 0810 0006 2839 3715

Sent To: James Andrew, Rural Utilities Program
Street, Apt. No.; or PO Box No.: Stop 1510, 1400 Independence Ave, SW
City, State, ZIP+4: Washington, DC 20250-1510

PS Form 3800, June 2002 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James M Andrew
Administrator, Rural Utilities Program
USDA
Stop 1510
1400 Independence Ave, SW
Washington, DC
20250-1510

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Cathy Ean    ☐ Agent  ☑ Addressee

B. Received by (Printed Name): Cathy Ean
C. Date of Delivery: 8/6/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0006 2839 3715

PS Form 3811, February 2004    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Richard Fristik,
Street, Apt. No.; or PO Box No. 1400 Independence Ave, SW
City, State, ZIP+4: Washington DC 20250

Article number: 7006 0810 0006 2839 3722

PS Form 3800, June 2002        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard Fristik
Rural Utilities Service
1400 Independence Ave, SW
Washington, DC 20250

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☑ Addressee
B. Received by (Printed Name): RICHARD FRISTIK   C. Date of Delivery: 8/6/07
D. Is delivery address different from item 1? ☑ Yes  ☐ No
   If YES, enter delivery address below:
   1400 INDEPENDENCE AVE, SW, STOP 1571
   WASHINGTON, DC 20250

3. Service Type:
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0006 2839 3722

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here (BOZEMAN MT)

Sent To: Jeffrey Taylor, US Attorney
Street, Apt. No.; or PO Box No. 555 4th St, NW
City, State, ZIP+4 Washington DC 20530

Article number: 7006 0810 0006 2839 3739

PS Form 3800, June 2002     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey A Taylor, US Attorney
United States Attorney Office
555 4th Street, NW
Washington, DC
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent / ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
AUG 0 6 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 0810 0006 2839 3739

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540