UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER; CITIZENS FOR CLEAN ENERGY; and SIERRA CLUB, <br><br> Plaintiffs, <br><br> v. <br><br> MIKE JOHANNS, <br> in his official capacity as <br> Secretary of Agriculture <br> 1400 Independence Avenue, SW <br> Washington, DC 20250, <br><br> JAMES ANDREW; <br> in his official capacity as <br> Administrator, Rural Utilities Service <br> 1400 Independence Avenue, SW <br> Washington, DC 20250, <br><br> and <br><br> RICHARD FRISTIK, <br> in his official capacity as <br> Senior Environmental Protection Specialist, <br> Rural Utilities Service <br> 1400 Independence Avenue, SW <br> Washington, DC 20250, <br><br> Federal Defendants. | Civil Action No. 07-1311 (JR) |

## NOTICE OF ATTORNEY APPEARANCE

TO THE CLERK: Please enter the appearance of Brian C. Toth as attorney of record on behalf of defendants Mike Johanns, James Andrew, and Richard Fristik (collectively, "Federal Defendants") in the above-captioned case. Service of all papers by United States Mail should be made to the following address:

    Brian C. Toth
    U.S. Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663

All hand or overnight deliveries should be made to the following street address:

    Brian C. Toth
    U.S. Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    601 D Street, NW
    Washington, DC 20004

Mr. Toth can be reached by telephone at (202) 305-0639, by facsimile at (202) 305-0506, and by e-mail at Brian.Toth@usdoj.gov.

Dated:  September 4, 2007        Respectfully submitted,

        RONALD J. TENPAS
        Acting Assistant Attorney General
        Environment and Natural Resources Division

        _____/s/ Brian C. Toth_____
        BRIAN C. TOTH
        Trial Attorney
        Natural Resources Section
        Environment and Natural Resources Division
        U.S. Department of Justice
        P.O. Box 663
        Washington, D.C. 20044-0663
        Telephone:  202-305-0639
        Facsimile:  202-305-0506
        Email:  brian.toth@usdoj.gov

        Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2007, I electronically filed the foregoing NOTICE OF ATTORNEY APPEARANCE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

 Douglas L. Honnold
 dhonnold@earthjustice.org, chuang@earthjustice.org, kregnier@earthjustice.org

I also certify that the document will be served upon the following non-CM/ECF participants:

 None required.

       /s/ Brian C. Toth
       BRIAN C. TOTH
       Trial Attorney
       Natural Resources Section
       Environment and Natural Resources Division
       U.S. Department of Justice
       P.O. Box 663
       Washington, D.C. 20044-0663
       Telephone:  202-305-0639
       Facsimile:  202-305-0506
       Email:  brian.toth@usdoj.gov

       Attorney for Federal Defendants