## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, and CITIZENS FOR CLEAN ENERGY, and SIERRA CLUB, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>MIKE JOHANNS, Secretary, United States Dept. of Agriculture, JAMES ANDREW, Administrator, Rural Utilities Service, and RICHARD FRISTIK, Senior Environmental Protection Specialist, Rural Utilities Service, )<br><br>Defendants, )<br><br>and )<br><br>SOUTHERN MONTANA ELECTRIC GENERATION & TRANSMISSION COOPERATIVE, INC., )<br><br>Defendant-Intervenor. )  | Case No.  1:07-cv-01311-JR |

## ANSWER OF DEFENDANT-INTERVENOR SOUTHERN MONTANA ELECTRIC GENERATION & TRANSMISSION COOPERATIVE, INC. TO COMPLAINT FILED BY PLAINTIFFS

The numbered paragraphs and captions in this Answer correspond to those contained in the Plaintiff's Complaint ("Complaint"), without any admissions by Defendant-Intervenor as to the truth or accuracy of the captions.

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1.    Paragraph 1 of the Complaint characterizes the Plaintiff's case and to the extent that it contains legal conclusions, no response is required.  To the extent that a response is

required, the United States Supreme Court case cited and the President's proposed 2008 budget speak for themselves and are the best evidence of their own contents. To the extent that this paragraph sets forth additional factual allegations, Southern Montana Electric Generation & Transmission Cooperative, Inc., ("SME") lacks sufficient knowledge and information to establish a belief as to the truth of these allegations. To the extent that any further response is required, the remaining allegations contained in this paragraph are denied.

2.      It is admitted that the United States Department of Agriculture's ("USDA") Rural Utilities Service ("RUS") may elect to "participate in the funding" of the Highwood Generating Station ("HGS"). To the extent that this paragraph sets forth conclusions of law, no further response is required. To the extent that this paragraph sets forth additional factual allegations, SME lacks sufficient knowledge and information to establish a belief as to the truth of these allegations. To the extent that any further response is required, the remaining allegations in this paragraph are denied.

3.      To the extent that this paragraph contains legal conclusions, no response is required. Further, the Environmental Impact Statement ("EIS") for the proposed HGS thoroughly evaluated the impacts of the proposed HGS and concluded that there would be no adverse environmental impacts from the plant; there will be a visible impact on a portion of the Great Falls Portage National Historic Landmark ("NHL"), but there is no evidence that the HGS will lead to the destruction of the NHL. SME has agreed to avoid and mitigate the impacts on the NHL as a result of the Section 106 process under the National Historic Preservation Act ("NHPA"). To the extent that this paragraph sets forth additional factual allegations, those allegations are denied.

JURISDICTION AND VENUE

4.      To the extent that this paragraph contains legal conclusions, no response is required.  To the extent that a response is required, the Administrative Procedure Act, NEPA, and the NHPA speak for themselves and are the best evidence of their own contents.

5.      SME admits that the Court has subject matter jurisdiction over this action.

6.      SME admits that venue is proper in this district.  To the extent that this paragraph contains legal conclusions, no response is required.

PARTIES

7.      SME lacks sufficient knowledge and information to establish a belief as to the truth of the allegations contained in this paragraph.  To the extent that any further response is required, the allegations of this paragraph are denied.

8.      SME admits that Montana Environmental Information Center ("MEIC") submitted comments during the EIS process.  To the extent that this paragraph sets forth additional factual allegations, the allegations are denied.

9.      SME admits that Citizens for Clean Energy ("CCE") submitted comments to RUS concerning the project, lacks sufficient knowledge and information to establish a belief as to the truth of many of the allegations contained in this paragraph, and denies the rest of the allegations of this paragraph.

10.      SME lacks sufficient knowledge and information to establish a belief as to the truth of the allegations contained in this paragraph.  To the extent that any further response is required, the remaining allegations of this paragraph are denied.

11.      SME lacks sufficient knowledge and information to establish a belief as to the truth of the allegations contained in this paragraph, except it believes that MEIC and CCE have

members who reside in Montana. To the extent that any further response is required, the remaining allegations of this paragraph are denied.

12.    SME lacks sufficient knowledge and information to establish a belief as to the truth of the allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

13.    It is admitted that Mike Johanns is the Secretary of the USDA. To the extent that any further response is required, the remaining allegations of this paragraph are denied.

14.    It is admitted that James Andrew is the Administrator of RUS and that Mr. Andrews has received correspondence from the Executive Director of the Advisory Council on Historic Preservation ("ACHP"). SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the remaining allegations of this paragraph are denied.

15.    It is admitted that Richard Fristik is an environmental specialist at RUS and that he has been involved with the National Environmental Policy Act ("NEPA") and NHPA processes involving the proposed HGS. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the remaining allegations of this paragraph are denied.

RUS FINANCING FOR COAL-FIRED POWER PLANTS

16.    To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the federal programs cited speak for themselves and are the best evidence of their own contents. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this

paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

17.    SME lacks sufficient knowledge and information to establish a belief as to the truth of the allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

18.    SME lacks sufficient knowledge and information to establish a belief as to the truth of the allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

THE RUS LOAN PROGRAM

19.    To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the statutes and regulations cited speak for themselves and are the best evidence of their own contents. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

20.    To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the regulations cited speak for themselves and are the best evidence of their own contents. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

21.    To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, President Bush's 2008 proposed budget speaks for itself and is the best evidence of its own contents. Further, said budget is a proposal

only and has no independent "force of law." SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the remaining allegations of this paragraph are denied.

22.    To the extent that this paragraph contains legal conclusions, no response is required. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the remaining allegations of this paragraph are denied.

THE HIGHWOOD COAL PLANT'S ENVIRONMENTAL IMPACTS

23.    SME lacks sufficient knowledge and information to establish a belief as to the truth of the allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

RUS's NEPA Analysis For the Highwood Plant

24.    It is admitted that RUS issued its Record of Decision ("ROD") for the HGS on May 10, 2007 and that SME is the proponent of the HGS. It is further admitted that announcements were made regarding the release of the Draft EIS in June 2006 and the Final EIS in January 2007 and comments thereto were invited on each occasion. SME denies the remaining allegations contained in this paragraph and further avers that in response to comments from the public under the NEPA process, and at considerable expense, SME agreed to move the footprint of the power plant off of the NHL

25.    SME lacks sufficient knowledge and information to establish a belief as to the truth of the allegations contained in this paragraph. To the extent that any further response is

required, the allegations of this paragraph are denied. SME further avers that it will agree to the

mitigation measures set forth in the final EIS and the ROD, including those related to the NHL.

### The Highwood Coal Plant

26.    It is admitted that the HGS would utilize a circulating fluidized bed ("CFB")

boiler and associated equipment and wind turbines. SME denies the remaining allegations

contained in this paragraph and further avers that the land on which the project will be built is

not "protected farmland".

### Global Warming Impacts

27.    SME lacks sufficient knowledge and information to establish a belief as to the

truth of the allegations contained in this paragraph. To the extent that any further response is

required, the allegations of this paragraph are denied.

28.    To the extent that this paragraph contains legal conclusions, no response is

required. To the extent that a response is required, the reports and Supreme Court case cited

speak for themselves and are the best evidence of their own contents. SME lacks sufficient

knowledge and information to establish a belief as to the truth of the remaining allegations

contained in this paragraph. To the extent that any further response is required, the allegations of

this paragraph are denied.

29.    To the extent that this paragraph contains legal conclusions, no response is

required. To the extent that a response is required, the EIS speaks for itself and is the best

evidence of its own contents. SME lacks sufficient knowledge and information to establish a

belief as to the truth of the remaining allegations contained in this paragraph. To the extent that

any further response is required, the allegations of this paragraph are denied.

Regional Air Pollution

30.    SME denies the allegations contained in this paragraph and avers that the EIS
found that the proposed HGS will not have any significant environmental impacts and avers
further that the air quality permit for the plant will control emissions at levels that will be among
the most stringent in the nation for coal-fired power plants.

31.    To the extent that this paragraph contains legal conclusions, no response is
required.  To the extent that a response is required, the EIS speaks for itself and is the best
evidence of its own contents.  SME lacks sufficient knowledge and information to establish a
belief as to the truth of the remaining allegations contained in this paragraph.  To the extent that
any further response is required, the allegations of this paragraph are denied, and SME avers
further that the air quality permit for the plant will control emissions at levels that will be among
the most stringent in the nation for coal-fired power plants.

32.    To the extent that this paragraph contains legal conclusions, no response is
required.  To the extent that a response is required, the EIS, studies, and regulations cited speak
for themselves and are the best evidence of their own contents.  To the extent that any further
response is required, SME avers that the particulate matter ("PM") 2.5 emissions from the HGS
will be far less than the amount of PM 10 emissions.

33.    To the extent that this paragraph contains legal conclusions, no response is
required.  SME lacks sufficient knowledge and information to establish a belief as to the truth of
the remaining allegations contained in this paragraph.  To the extent that any further response is
required, the allegations of this paragraph are denied.  SME further avers that the PM 2.5
emissions from the HGS will be far less than that stated in the Complaint, and it will not exceed
the PM 2.5 National Ambient Air Quality Standard ("NAAQS").

34.    To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the EIS speaks for itself and is the best evidence of its own contents. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied. SME further avers that in accordance with its air quality permit it will control mercury emissions to levels as stringent as any in the country and will, if necessary, use activated carbon or similar technologies for this purpose. Other air emissions will be controlled by best available control technology required in the air permit and, according to the EIS, will not pose any significant threats to health or the environment.

35.    SME denies the allegations contained in this paragraph and avers that the air quality permit and EIS establish that there will be insignificant to no visibility impairments in Class I areas.

<u>Water Pollution</u>

36.    It is admitted that the HGS would utilize up to 3,500 gallons of water per minute from the Missouri River. SME denies the remaining allegations contained in this paragraph, avers that the EIS found that any water impacts from the HGS would be insignificant, and further avers that a portion of the water drawn from the Missouri River will be eventually discharged back into the Missouri River after its treatment by the City of Great Falls water treatment system.

37.    It is admitted that the HGS would produce approximately 225 tons of solid waste a day and that this waste would be disposed of on the premises in a lined "monofill." SME denies the remaining allegations contained in this paragraph, and avers that solid ash waste

disposal will be conducted in accordance with a solid waste permit issued by the State of Montana.

38.    To the extent that this paragraph contains legal conclusions, no response is required. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied. SME further avers that it has agreed to voluntarily take a solid waste license for its ash monofill.

39.    To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the report cited speaks for itself and is the best evidence of its own contents. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

40.    To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the USDA survey cited speaks for itself and is the best evidence of its own contents. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied. SME further avers that according to a recent USDA "Custom Soil Resource Report for Cascade County, Montana" (the "Soil Report"), the soil where the HGS monofills are proposed to be located was deemed "not limited" (i.e., highly suitable) for use as a sanitary landfill; the only soils deemed "very limited" (i.e., unsuitable) for landfill use are outside the landfill footprint.

## Loss of Historic Landmark Status

41.    It is admitted that the HGS would be built near the boundaries of the NHL (the "Salem site").  SME denies the remaining allegations contained in this paragraph.

42.    To the extent that this paragraph contains legal conclusions, no response is required.  To the extent that a response is required, the report cited speaks for itself and is the best evidence of its own contents.  It is admitted that the NHL commemorates the portage around the Great Falls of the Missouri River that the Lewis and Clark Expedition's Corps of Discovery made.  SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph.  To the extent that any further response is required, the allegations of this paragraph are denied.  SME further avers that most of the cited portions of the NHL will not be visually impacted by the proposed plant and that the EIS does not find that the HGS will "destroy" the NHL.  SME further avers that it moved the footprint of the power plant off the boundary of the NHL.

43.    To the extent that this paragraph contains legal conclusions, no response is required.  To the extent that a response is required, the report cited speaks for itself and is the best evidence of its own contents.  SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph.

44.    To the extent that this paragraph contains legal conclusions, no response is required.  To the extent that a response is required, the report cited speaks for itself and is the best evidence of its own contents.  SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph.  To the extent that any further response is required, the allegations of this paragraph are denied.

45.    To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the letter cited speaks for itself and is the best evidence of its own contents. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied. SME further avers that there are many other portions of the Lewis & Clark Trail, including in Montana, that are far more pristine and accessible than the cited portion of the NHL.

NEED FOR THE HIGHWOOD COAL PLANT

46.    SME denies the allegations contained in this paragraph.

47.    It is admitted that SME seeks financing from RUS to fund construction of the HGS and that the HGS is required to replace the electricity SME will no longer be able to purchase owing to the expiration of current power contracts. SME denies the remaining allegations contained in this paragraph and avers that the EIS establishes the purpose and need for the proposed HGS.

48.    SME denies the allegations contained in this paragraph, except that it admits that the numbers of meters is approximately correct, not including the City of Great Falls. SME avers that its system peak demand for the period ending July 2007 was approximately 150 mW with a system load factor of approximately 62%. When adjusted to account for "physical" reserves and transmission system losses that figure would become approximately 172 mW. Over the course of the past several years SME's system demand has been increasing on an annual basis. SME's projected peak demand for the year 2017 is approximately 215 Mw, including reserves and losses.

49.    SME denies the allegations contained in this paragraph and repeats the averments of paragraph 48 above as if fully incorporated herein.

50.    It is admitted that SME forecasts increases in its subscriber base and that the EIS reflects these estimates.  SME denies the remaining allegations contained in this paragraph.

51.    SME denies the allegations contained in this paragraph.

### FAILURE TO CONSIDER ALTERNATIVE SOLUTIONS

52.    SME denies the allegations contained in this paragraph.

53.    SME denies the allegations contained in this paragraph.  Further, SME avers that the EIS contains a detailed evaluation of alternatives.

54.    To the extent that a response is required, the report cited speaks for itself and is the best evidence of its own contents.  SME avers that the report affirms the conclusions of the EIS that there is a purpose and need for the HGS.  To the extent that any further response is required, the allegations of this paragraph are denied.

55.    To the extent that a response is required, the report cited speaks for itself and is the best evidence of its own contents.  SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph.  SME avers that any cost of future carbon regulation will likely be borne by the entire United States economy, including the power sector, and that SME is exploring the sale of $CO_2$ and is applying for government grants, which will reduce the overall costs of $CO_2$ capture and sequestration.  To the extent that any further response is required, the remaining allegations of this paragraph are denied.

56.    It is admitted that SME is exploring the feasibility of carbon capture and sequestration at HGS.  SME lacks sufficient knowledge and information to establish a belief as

to the truth of the remaining allegations contained in this paragraph.  To the extent that any further response is required, the allegations of this paragraph are denied.

57.    To the extent that a response is required, the report cited speaks for itself and is the best evidence of its own contents.  SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph.  SME incorporates the averments of paragraph 56 above as if fully incorporated herein and further avers that the EIS fully analyzed the cost of wind.  To the extent that any further response is required, the remaining allegations of this paragraph are denied.

58.    SME denies the allegations contained in this paragraph.

## FAILURE TO CONSIDER ALTERNATIVE SITES

59.    SME denies the allegations contained in this paragraph, and avers that the EIS and ROD summarize the detailed analysis conducted of other alternative sites.

60.    SME denies the allegations contained in this paragraph and avers that any alleged error in the description of the site location was cured and is immaterial to the analysis of potential impacts on the NHL.

61.    SME denies the allegations contained in this paragraph.

62.    SME denies the allegations contained in this paragraph.  SME avers that the quoted statement of defendant Richard Fristik is incomplete and misleading in that Mr. Fristik invited the consulting parties to suggest feasible alternatives to the Salem site.

## RUS' DUTIES UNDER NEPA AND THE NHPA

63.    To the extent that this paragraph contains legal conclusions, no response is required.  To the extent that a response is required, the statutes cited speak for themselves and are the best evidence of their own contents.

NEPA's Requirements

64.     To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the statutes and regulations cited speak for themselves and are the best evidence of their own contents.

65.     To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the regulations cited speak for themselves and are the best evidence of their own contents.

66.     To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the regulations cited speak for themselves and are the best evidence of their own contents.

67.     To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the regulations cited speak for themselves and are the best evidence of their own contents.

68.     To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the regulations cited speak for themselves and are the best evidence of their own contents.

NHPA's Requirements

69.     To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the statute speaks for itself and is the best evidence of its own contents.

70.     To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the statutes and regulations cited speak for themselves and are the best evidence of their own contents.

71.    To the extent that this paragraph contains legal conclusions, no response is required.  To the extent that a response is required, the regulations cited speak for themselves and are the best evidence of their own contents.

## FIRST CAUSE OF ACTION

72.    In response to paragraph 72, SME incorporates its responses to paragraphs 1-71 of this Answer as if fully incorporated herein.

73.    SME lacks sufficient knowledge and information to establish a belief as to the truth of the allegations contained in this paragraph.  To the extent that any further response is required, the allegations of this paragraph are denied.

74.    To the extent that this paragraph contains legal conclusions, no response is required.  To the extent that a response is required, the statutes and regulations cited speak for themselves and are the best evidence of their own contents.

75.    To the extent that this paragraph contains legal conclusions, no response is required.  To the extent that a response is required, the statutes and regulations cited speak for themselves and are the best evidence of their own contents.  SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph.  To the extent that any further response is required, the remaining allegations of this paragraph are denied.

## SECOND CAUSE OF ACTION

76.    In response to paragraph 76, SME incorporates its responses to paragraphs 1-75 of this Answer as if fully incorporated herein.

77.     To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the statute speaks for itself and is the best evidence of its own contents. SME denies the remaining allegations contained in this paragraph.

78.     To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the statutes and regulations cited speak for themselves and are the best evidence of their own contents.

79.     To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the statutes and regulations cited speak for themselves and are the best evidence of their own contents. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

THIRD CAUSE OF ACTION

80.     In response to paragraph 80, SME incorporates its responses to paragraphs 1-79 of this Answer as if fully incorporated herein.

81.     To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the statute speaks for itself and is the best evidence of its own contents. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

82.     To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the statutes and regulations cited speak for themselves and are the best evidence of their own contents. SME lacks sufficient knowledge and

information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

FOURTH CAUSE OF ACTION

Violation of NEPA
(Supplemental EIS)

83.    In response to paragraph 83, SME incorporates its responses to paragraphs 1-82 of this Answer as if fully incorporated herein.

84.    To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the statute speaks for itself and is the best evidence of its own contents. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

85.    To the extent that this paragraph contains legal conclusions, no response is required. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

86.    To the extent that this paragraph contains legal conclusions, no response is required. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

87.    To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the statutes and regulations cited speak for themselves and are the best evidence of their own contents. SME lacks sufficient knowledge and

information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

FIFTH CAUSE OF ACTION

Violation of NEPA
(Failure To Assess Harms From Inadequate Solid Waste Disposal)

88.    In response to paragraph 88, SME incorporates its responses to paragraphs 1-87 of this Answer as if fully incorporated herein.

89.    To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the statute, regulations, data, EIS, and report cited speak for themselves and are the best evidence of their own contents. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

90.    To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the statutes, regulations, and EIS cited speak for themselves and are the best evidence of their own contents. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

SIXTH CAUSE OF ACTION

Violation of NEPA
(Failure To Assess Compliance With Health-Based Clean Air Act Standards)

91.     In response to paragraph 91, SME incorporates its responses to paragraphs 1-90 of this Answer as if fully incorporated herein.

92.     To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the statute speaks for itself and is the best evidence of its own contents. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

93.     To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the statutes and regulations cited speak for themselves and are the best evidence of their own contents. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

94.     To the extent that this paragraph contains legal conclusions, no response is required. To the extent that a response is required, the statutes cited speak for themselves and are the best evidence of their own contents. SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

SEVENTH CAUSE OF ACTION

Violation of NEPA
(Failure To Comply With NHPA Consultation Requirements)

95.     In response to paragraph 95, SME incorporates its responses to paragraphs 1-94 of this Answer as if fully incorporated herein.

96.     To the extent that this paragraph contains legal conclusions, no response is required.  To the extent that a response is required, the statute speaks for itself and is the best evidence of its own contents.  SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph.  To the extent that any further response is required, the allegations of this paragraph are denied.

97.     To the extent that this paragraph contains legal conclusions, no response is required.  To the extent that a response is required, the statute and regulations cited speak for themselves and are the best evidence of their own contents.  SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this paragraph.  To the extent that any further response is required, the allegations of this paragraph are denied.

98.     SME lacks sufficient knowledge and information to establish a belief as to the truth of the allegations contained in this paragraph.  To the extent that any further response is required, the allegations of this paragraph are denied.

99.     To the extent that this paragraph contains legal conclusions, no response is required.  To the extent that a response is required, the statute and regulations cited speak for themselves and are the best evidence of their own contents.  SME lacks sufficient knowledge and information to establish a belief as to the truth of the remaining allegations contained in this

paragraph. To the extent that any further response is required, the allegations of this paragraph are denied.

## REQUEST FOR RELIEF

The remainder of the Complaint constitutes Plaintiffs' requests for relief to which no response is required. SME avers that Plaintiffs are not entitled to relief on any of the claims and that the Court should dismiss the Complaint in its entirety with prejudice.

## GENERAL DENIAL

SME denies any allegations of the Complaint, whether express or implied, that are not expressly admitted or qualified in this Answer.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Under Fed. R. Civ. P. 12(b)(2), this Court does not have personal jurisdiction over the plaintiffs with respect to the global warming causes of action since they lack standing to assert such causes of action

### SECOND AFFIRMATIVE DEFENSE

Under Fed. R. Civ. P. 12(b)(6), the Plaintiffs' have failed to state a claim upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' First Cause of Action, and all other Complaint claims that are premised in whole or in part on global warming, fail to state a claim upon which relief may be granted under Fed. R. Civ. P. 12(b)(6).

FOURTH AFFIRMATIVE DEFENSE

SME reserves the right to name additional affirmative defenses as they are discovered at any time after the filing of this Answer and before trial.

WHEREFORE, SME denies that the Plaintiffs are entitled to requested relief or for any relief whatsoever, and SME requests that this Court:

i.    Dismiss this action with prejudice;

ii.    Enter judgment in favor of the Defendants and SME and against the Plaintiffs;

iii.    Award reasonable costs and attorneys fees to SME;

iv.    Grant all other such relief that this Court deems just and reasonable.

Respectfully submitted,

Lawrence R. Liebesman (DC Bar no. 193086)
Holland + Knight LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
t. 202-955-3000
f. 202-955-5564
email: lawrence.liebesman@hklaw.com

Kenneth A. Reich (DC Bar no. 923821)
WOLF, BLOCK, SCHORR & SOLIS-COHEN, LLP
One Boston Place, 40th Floor
Boston, MA 02108
t. (617) 226-4000
f. (617) 226-4500
email: kreich@wolfblock.com

Dated: September 12, 2007

CERTIFICATE OF SERVICE

I, Lawrence R. Liebesman, hereby certify that I caused a true and accurate copy of the foregoing Answer of Defendant-Intervenor Southern Montana Electric Generation & Transmission Cooperative, Inc. to Complaint Filed by Plaintiffs to be served via email, on the following counsel of record on this 12th day of September, 2007:

Douglas L. Honnold
Abigail M. Dillen
Earthjustice
209 South Willson Avenue
Bozeman, MT 59715
Email: dhonnold@earthjustice.org

Stephen E. Roady
Earthjustice
1625 Massachusetts Avenue, N.W.
Washington, D.C. 20036
Email: sroady@earthjustice.org

Brian Toth, Esq.
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 4390
Ben Franklin Station
Washington, DC 20044-4390
Email: brian.toth@usdoj.gov


Lawrence R. Liebesman