## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, and CITIZENS FOR CLEAN ENERGY, and SIERRA CLUB,<br><br>   Plaintiffs,<br><br>vs.<br><br>MIKE JOHANNS, Secretary, United States Dept. of Agriculture, JAMES ANDREW, Administrator, Rural Utilities Service, and RICHARD FRISTIK, Senior Environmental Protection Specialist, Rural Utilities Service,<br><br>   Defendants,<br><br>and<br><br>SOUTHERN MONTANA ELECTRIC GENERATION & TRANSMISSION COOPERATIVE, INC.,<br><br>   Proposed Defendant-Intervenor. | Case No.  1:07-cv-01311-JR |

### DEFENDANT-INTERVENOR-APPLICANT'S DISCLOSURE OF CORPORATE AFFILIATION AND FINANCIAL INTERESTS

I, the undersigned, counsel of record for defendant-intervenor Southern Montana Electric Generation & Transmission Cooperative, Inc., certify that to the best of my knowledge and belief, defendant-intervenor has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public in the United States or abroad.

These representations are made in order that judges of this Court may determine the need for recusal.

BOS:44607.2/SOU108-230233

Respectfully submitted this 12th day of September, 2007.

Lawrence R. Liebesman (DC Bar no. 193086)
Holland + Knight LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC  20006
t. 202-955-3000
f. 202-955-5564
email: lawrence.liebesman@hklaw.com

<u>CERTIFICATE OF SERVICE</u>

I, Lawrence R. Liebesman, hereby certify that I caused a true and accurate copy of the foregoing Defendant-Intervenor-Applicant's Disclosure of Corporate Affiliation and Financial Interests to be served via email, on the following counsel of record on this 12th day of September, 2007:

Douglas L. Honnold
Abigail M. Dillen
Earthjustice
209 South Willson Avenue
Bozeman, MT 59715
Email: dhonnold@earthjustice.org

Stephen E. Roady
Earthjustice
1625 Massachusetts Avenue, N.W.
Washington, D.C. 20036
Email: sroady@earthjustice.org

Brian Toth, Esq.
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 4390
Ben Franklin Station
Washington, DC 20044-4390
Email: brian.toth@usdoj.gov



Lawrence R. Liebesman