UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER; CITIZENS FOR CLEAN ENERGY; and SIERRA CLUB;        Plaintiffs, v. CHUCK CONNOR, in his official capacity as acting Secretary of Agriculture; JAMES ANDREW, in his official capacity as Administrator, Rural Utilities Service; and RICHARD FRISTIK, in his official capacity as Senior Environmental Protection Specialist, Rural Utilities Service;        Federal Defendants, and SOUTHERN MONTANA ELECTRIC GENERATION & TRANSMISSION COOPERATIVE, INC.,        Defendant-Intervenor. | Civil Action No. 07-1311 (JR) |

## JOINT CASE MANAGEMENT PLAN

Pursuant to Local Rule 16.3 and this Court's order of October 5, 2007, the undersigned counsel for the parties have conferred and hereby submit the following case management plan and proposed schedule for the Court's consideration.

# BACKGROUND

**I.**     **Parties and Representatives**

    A.     <u>Plaintiffs</u>: Plaintiffs in this case are Montana Environmental Information Center, Citizens for Clean Energy, and Sierra Club. Counsel for Plaintiffs are:

> Douglas L. Honnold
> Abigail M. Dillen
> Earthjustice
> 209 South Willson Avenue
> Bozeman, MT 59715
> Telephone: (406) 586-9699
> E-mail: dhonnold@earthjustice.org; adillen@earthjustice.org
>
> Stephen E. Roady
> Earthjustice
> 1625 Massachusetts Avenue, N.W.
> Washington, D.C. 20036
> Telephone: (202) 667-4500
> E-mail: sroady@earthjustice.org

    B.     <u>Defendants</u>: Defendants in this case are Chuck Connor in his official capacity as acting Secretary of Agriculture, James Andrew in his official capacity as Administrator of the Rural Utilities Service ("RUS"), and Richard Fristik in his official capacity as Senior Environmental Protection Specialist of RUS (collectively, "Federal Defendants"). Counsel for Federal Defendants is:

> Brian C. Toth
> Trial Attorney
> Natural Resources Section
> Environment and Natural Resources Division
> U.S. Department of Justice
> P.O. Box 663
> Washington, D.C. 20044-0663
> Telephone: (202) 305-0639
> E-mail: Brian.Toth@usdoj.gov

C.  <u>Defendant-Intervenor</u>:  Defendant-Intervenor in this case is the Southern Montana Electric Generation & Transmission Cooperative, Inc. Counsel for Defendant-Intervenor is:

> Lawrence R. Liebesman
> Holland & Knight LLP
> 2099 Pennsylvania Avenue, N.W.
> Washington, D.C.  20006-6800
> Telephone:  (202) 955-3000
> E-mail: lliebesman@hklaw.com
>
> Kenneth A. Reich
> Partner
> Wolf, Block, Schorr & Solis-Cohen LLP
> One Boston Place
> Boston, MA 02108
> Telephone:  617-226-4003
> E-mail:  kreich@wolfblock.com

## II.  **Statement of the Case**

Plaintiffs challenge the adequacy of the Final Environmental Impact Statement ("FEIS") for the proposed Highwood Generation Station, a 250 mega-watt coal-fired power plant that would receive 85% of its financing from the federal Rural Utilities Service ("RUS").  Plaintiffs allege that RUS violated the National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321 <u>et seq.</u>, the National Historic Preservation Act ("NHPA"), 16 U.S.C. § 470, and their implementing regulations in failing to assess and fully disclose the proposed plant's adverse environmental impacts including its cumulative impact on global warming, and in failing to give meaningful consideration to other alternatives, particularly in light of new information that Plaintiffs believe warrants supplemental analysis under NEPA.  Federal Defendants and Defendant-Intervenor contend that RUS fully compiled with the requirements of NEPA and the NHPA.

Plaintiffs initiated this action by filing a complaint for declaratory and injunctive relief on July 20, 2007. Defendant-Intervenor filed an answer on September 20, 2007. Federal Defendants filed an answer on October 5, 2007.

October 5, 2007, this Court issued an Order directing the parties to meet and confer and submit a jointly proposed schedule for filing of the administrative record and briefing of dispositive motions by November 5, 2007. Undersigned counsel for all parties conferred by telephone on October 18, 2007, and November 1, 2007, and reached the following agreements as to how this case should proceed.

### III.    Pretrial Pleadings and Disclosures

A.    The parties agree that this case is an action for review on an administrative record pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 *et seq.*, and is therefore exempt from the following requirements:

    1.    Fed. R. Civ. P. 26(a)(1). The parties agree that this case is exempt from the initial disclosure requirements pursuant to Rule 26(a)(1)(E) of the Federal Rules of Civil Procedure.

    2.    Fed. R. Civ. P. 26(f). The parties agree that this case is also exempt from the requirements of Rule 26(f) of the Federal Rules of Civil Procedure.

B.    The parties agree that judicial review of Plaintiffs' claims is to be conducted pursuant to the APA and based upon the administrative record supporting the decision at issue. The parties agree that no discovery shall take place on the merits of Plaintiffs' claims.

    C.    <u>Administrative Record</u>:  Federal Defendants agree to serve Plaintiffs and Defendant-Intervenors with copies of the Administrative Record by January 3, 2008, and will lodge with the Court a copy of the Administrative Record by that same date.

## IV.  **Dispositive Motions**

The parties agree that this case can be fully resolved on summary judgment.

    A.    <u>Proposed Schedule</u>:  The parties propose the following schedule for summary judgment briefing:

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment | March 7, 2008 |
| Defendants' Briefs in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Defendants' Cross-Motions for Summary Judgment | April 11, 2008 |
| Plaintiffs' Reply and Opposition to Defendants' Cross-Motions for Summary Judgment | May 2, 2008 |
| Defendants' Replies in Support of Cross-Motions for Summary Judgment | May 23, 2008 |

The parties agree that Plaintiffs may file an optional surreply by May 30, 2008.  Plaintiffs' surreply would be limited to any issues raised for the first time in the Defendants' final reply briefs and would be no longer than 10 pages.

    B.    The schedule set forth above is predicated on the parties' anticipation that they will be able to resolve any disputes concerning the scope of the Administrative Record informally.  Not later than February 1, 2008, Plaintiffs shall inform Federal Defendants of any objections to the adequacy of the Administrative Record.  In the event that the parties are unable to resolve the

dispute and Plaintiffs have the need to file a motion to supplement the Administrative Record, the parties reserve the right to submit a revised schedule for briefing on the merits, if necessary.

  C. <u>Other motions</u>: All parties reserve the right to file additional motions not contemplated by this schedule, which shall be filed in accordance with the local rules of this Court. Plaintiffs agree to confer with Defendants prior to filing any motion for preliminary injunctive relief or a temporary restraining order.

  D. <u>Request for Oral Argument</u>: The parties respectfully request that the Court hear oral argument on their cross-motions for summary judgment.

  In light of the agreements set forth above, the parties request that this Court adopt their proposed schedule for filing of the administrative record and briefing of cross-motions for summary judgment.

Respectfully submitted on this 2nd day of November, 2007.

**ON BEHALF OF PLAINTIFFS:**

Dated: November 2, 2007       /s/ Abigail M. Dillen (with permission)
               DOUGLAS L. HONNOLD
               ABIGAIL M. DILLEN
               Earthjustice
               209 South Willson Avenue
               Bozeman, MT 59715
               Telephone: (406) 586-9699
               E-mail: dhonnold@earthjustice.org;
               adillen@earthjustice.org
               STEPHEN E. ROADY
               Earthjustice
               1625 Massachusetts Avenue, N.W.
               Washington, D.C. 20036
               Telephone: (202) 667-4500
               E-mail: sraody@earthjustice.org

**ON BEHALF OF FEDERAL DEFENDANTS:**

Dated:  November 2, 2007              /s/ Brian C. Toth
                                      BRIAN C. TOTH
                                      Trial Attorney
                                      United States Department of Justice
                                      Environment and Natural Resources Division
                                      P.O. Box 663
                                      Washington, D.C. 20044-0663
                                      Telephone: (202) 305-0639
                                      Facsimile: (202) 305-0506
                                      E-mail: Brian.Toth@usdoj.gov

**ON BEHALF OF DEFENDANT-INTERVENOR:**

Dated:  November 2, 2007              /s/ Lawrence R. Liebesman (with permission)
                                      LAWRENCE R. LIEBESMAN
                                      Holland & Knight LLP
                                      2099 Pennsylvania Avenue, N.W.
                                      Washington, D.C. 20006-6800
                                      Telephone:  (202) 955-3000
                                      E-mail:  lliebesman@hklaw.com

Dated:  November 2, 2007              /s/ Kenneth A. Reich (with permission)
                                      KENNETH A. REICH
                                      Partner
                                      Wolf, Block, Schorr & Solis-Cohen LLP
                                      One Boston Place
                                      Boston, MA 02108
                                      Telephone:  617-226-4003
                                      E-mail:  kreich@wolfblock.com

Approved by order of the Court this _____ day of _____ 2007.

                                      _____
                                      HONORABLE JAMES ROBERTSON
                                      UNITED STATES DISTRICT JUDGE