UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONTANA ENVIRONMENTAL
INFORMATION CENTER, et al.,

      Plaintiffs,

v.

CHARLES F. CONNOR, in his official
capacity as Acting Secretary of
Agriculture, et al.,

      Federal Defendants,

and

SOUTHERN MONTANA ELECTRIC
GENERATION & TRANSMISSION
COOPERATIVE, INC.,

      Defendant-Intervenor.

Civil Action No. 07-1311 (JR)

**PLAINTIFFS' UNOPPOSED MOTION FOR 30-DAY EXTENSION OF BRIEFING SCHEDULE**

      Plaintiffs Montana Environmental Information Center, et al. ("MEIC") hereby request a 30-day extension of time to file their opening summary judgment brief in the above-captioned matter, and a corresponding extension of time for all subsequent briefing deadlines. MEIC's opening brief is currently due on March 7, 2008. However, conflicting obligations in a matter pending in the D.C. Circuit will prevent counsel for MEIC from fully preparing their opening brief by the current deadline.

      Abigail Dillen and Douglas Honnold are lead counsel for plaintiffs in this case and appellants in a separate matter now pending before the D.C. Circuit, American Wildlands v. Kempthorne, No. 07-5179. On February 8, 2008, the D.C. Circuit issued an order in the American Wildlands case partially denying the defendants' unopposed motion for an extension.

The court extended the briefing schedule by only seven days rather than the requested 45 days, requiring appellants in that case to file their reply brief on March 7, 2008—the same deadline as plaintiffs' opening summary judgment brief in this case. On February 19, 2008, the D.C. Circuit denied a motion for reconsideration of defendants' motion for an extension. Both orders are attached. In addition, Abigail Dillen has been out of the country on a long-scheduled vacation since February 11, 2008 and will not return until February 25, 2008. Thus, Ms. Dillen has been unable to work on the opening brief in this matter and the reply brief due in <u>American Wildlands</u> currently due on the same day.

Accordingly, MEIC requests that this Court extend the entire briefing schedule by 30 days, with new briefing deadlines as follows:

- April 7, 2008 – Plaintiffs' Motion for Summary Judgment

- May 12, 2008 – Defendants' Briefs in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Defendants' Cross-Motions for Summary Judgment

- June 2, 2008 – Plaintiffs' Reply and Opposition to Defendants' Cross-Motions for Summary Judgment

- June 23, 2008 – Defendants' Replies in Support of Cross-Motions for Summary Judgment

Further, the parties are currently in negotiations regarding the contents of the administrative record in this action. In the event that such negotiations are not successful, MEIC may seek a further extension of the briefing schedule to accommodate a motion to compel the production of certain documents. MEIC will advise the Court of any such need for a further extension as soon as possible.

Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with respective counsel for federal defendants and intervenor Southern Montana Electric Generation and Transmission Cooperative, Inc., both of whom advised that they do not oppose this request.

MEIC requests that this Court grant its motion for extension and order briefing deadlines as set forth above.

Respectfully submitted this 22nd day of February, 2008,

   /s/ Douglas L. Honnold
Douglas L. Honnold (D.C. Bar # 468323)
Abigail M. Dillen
Earthjustice
209 South Willson Avenue
Bozeman, MT  59715
(406) 586-9699
Fax: (406) 596-9695
dhonnold@earthjustice.org
adillen@earthjustice.org

Stephen E. Roady (D.C. Bar # 926477)
Earthjustice
1625 Massachusetts Avenue, N.W.
Washington, D.C.  20036
202-667-4500 Telephone
Fax: 202-667-2356
sroady@earthjustice.org

*Counsel for Plaintiffs*

# EXHIBIT 1

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| **No. 07-5179** | **September Term, 2007** |
| | 05cv01043 |

**Filed On:**

American Wildlands, et al.,
    Appellants

Clearwater Biodiversity Project,
    Appellee

v.

Dirk Kempthorne, Secretary, U.S. Department of the Interior and Matthew Hogan, Acting Director, U.S. Fish and Wildlife Service,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED  FEB 0 8 2008
CLERK

### ORDER

Upon consideration of appellees' motion for an extension of time, it is

**ORDERED** that the motion be granted only to the extent that the following revised briefing schedule shall now apply:

| | | |
|---|---|---|
| Appellees' Brief | -- | February 22, 2008 |
| Appellants' Reply Brief | -- | March 7, 2008 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *Cheri Carter*
Cheri Carter
Deputy Clerk

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| **No. 07-5179** | **September Term, 2007** |
| | 05cv01043 |

Filed On:

American Wildlands, et al.,
    Appellants

Clearwater Biodiversity Project,
    Appellee

v.

Dirk Kempthorne, Secretary, U.S. Department of the Interior and Matthew Hogan, Acting Director, U.S. Fish and Wildlife Service,
    Appellees



**BEFORE:**    Sentelle, Chief Judge; and Garland and Griffith, Circuit Judges

## ORDER

Upon consideration of the Federal appellees' motion for reconsideration of partial denial of motion for extension of time, it is

**ORDERED** that the motion be denied. The briefing schedule set forth in the court's February 8, 2008 order remains in effect.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: MaryAnne McMain
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, <u>et al.</u>,<br><br>            Plaintiffs,<br><br>v.<br><br>CHARLES F. CONNOR, in his official capacity as Acting Secretary of Agriculture, <u>et al.</u>,<br><br>            Federal Defendants,<br><br>and<br><br>SOUTHERN MONTANA ELECTRIC GENERATION & TRANSMISSION COOPERATIVE, INC.,<br><br>            Defendant-Intervenor. | Civil Action No. 07-1311 (JR)<br><br><br><br>**[PROPOSED] ORDER** |

   Upon consideration of Plaintiffs' Unopposed Motion For a 30-Day Extension of the Briefing Schedule, it is hereby **ORDERED** as follows:

- Plaintiffs shall file their motion for summary judgment on or before April 7, 2008;

- Defendants shall file briefs in opposition to plaintiffs' motion for summary judgment and in support of defendants' cross-motions for summary judgment on or before May 12, 2008;

- Plaintiffs shall file their reply and opposition to defendants' cross-motions for summary judgment on or before June 2, 2008;

- Defendants shall file replies in support of cross-motions for summary judgment on or before June 23, 2008.

Dated: _____, 2008        _____
                                     Honorable James Robertson
                                     United States District Court Judge