# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, *et al.*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>EDWARD T. SCHAFER,[1]/ in his official capacity as Secretary of Agriculture, *et al.*, )<br><br>Federal Defendants, )<br><br>and )<br><br>SOUTHERN MONTANA ELECTRIC GENERATION & TRANSMISSION COOPERATIVE, INC., )<br><br>Defendant-Intervenor. ) | Civil Action No. 07-1311 (JR) |

## JOINT STIPULATION FOR DISMISSAL

COME NOW the parties -- plaintiffs Montana Environmental Information Center, Citizens for Clean Energy, and the Sierra Club ("Plaintiffs"); defendants Edward T. Schafer, in his official capacity as Secretary of Agriculture; James Andrew, in his official capacity as Administrator of Rural Utilities Service; and Richard Fristik, in his official capacity as Senior Environmental Protection Specialist for Rural Utilities Service ("Federal Defendants"); and intervenor Southern

---

[1]/    Edward T. Schafer was confirmed by the Senate and sworn in as Secretary of Agriculture on January 28, 2008, and is automatically substituted for acting Secretary Charles F. Conner pursuant to Fed. R. Civ. P. 25(d).

-1-

Montana Electric Generation & Transmission Cooperative, Inc. ("Defendant-Intervenor") -- and

hereby agree by stipulation, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

to dismiss this case without prejudice, each party to bear its own fees and costs.

Respectfully submitted this 20th day of March 2008.

**ON BEHALF OF ALL PLAINTIFFS:**

Dated: March 20, 2008        /s/ Abigail M. Dillen (with permission)
                                           DOUGLAS L. HONNOLD
                                           ABIGAIL M. DILLEN
                                           Earthjustice
                                           209 South Willson Avenue
                                           Bozeman, MT 59715
   Telephone: (406) 586-9699
   E-mail: dhonnold@earthjustice.org;
   adillen@earthjustice.org
   STEPHEN E. ROADY
   Earthjustice
   1625 Massachusetts Avenue, N.W.
   Washington, D.C. 20036
   Telephone: (202) 667-4500
   E-mail: sroady@earthjsutice.org

**ON BEHALF OF ALL FEDERAL DEFENDANTS:**

   RONALD J. TENPAS
   Assistant Attorney General
   Environment and Natural Resources Division

Dated: March 20, 2008        /s/ Brian C. Toth
   BRIAN C. TOTH
   Trial Attorney
   United States Department of Justice
   Environment and Natural Resources Division
   Natural Resources Section
   P.O. Box 663
   Washington, D.C. 20044-0663
   Telephone: (202) 305-0639
   Facsimile: (202) 305-0506
   E-mail: Brian.Toth@usdoj.gov

**ON BEHALF OF DEFENDANT-INTERVENOR:**

Dated:  March 20, 2008                      /s/ Kenneth A. Reich (with permission)
_____
                                            KENNETH A. REICH
                                            WolfBlock LLP
                                            One Boston Place
                                            Boston, MA 02108
                                            Telephone:  617-226-4003
                                            E-mail:  kreich@wolfblock.com

                                            LAWRENCE R. LIEBESMAN
                                            Holland & Knight LLP
                                            2099 Pennsylvania Avenue, N.W.
                                            Washington, D.C. 20006-6800
                                            Telephone:  (202) 955-3000
                                            E-mail:  lliebesman@hklaw.com